DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL CHEATLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1821

_____

November 14, 2025

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Blair Allen, Public Defender, and David A. Davis, Special Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.